UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Carlos David MARTINEZ**<br>A.K.A.<br>**Carlos David MARTINEZ-Hernandez**<br>Defendant. | FILED<br>'08 MJ 2 5 2 1  2008 AUG 14  AM 11:29<br>Magistrate Case No._____<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>COMPLAINT FOR VIOLATION OF<br>BY_____DEPUTY<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After<br>Deportation |

The undersigned complainant being duly sworn states:

On or about **August 12, 2008**, within the Southern District of California, defendant **Carlos David MARTINEZ (A.K.A. Carlos David MARTINEZ-Hernandez)**, an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **Otay Mesa, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this **14th** day of **August, 2008**.

UNITED STATES MAGISTRATE JUDGE

DOA 8-12-08

## PROBABLE CAUSE STATEMENT

On August 12, 2008, at approximately 10:14 p.m., **Carlos David MARTINEZ, (A.K.A. Carlos David Martinez-Hernandez) (Defendant),** applied for admission into the United States through the pedestrian primary lanes at the Otay Mesa, California Port of Entry. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a valid DSP-150 (Border Crossing Card) bearing the name and image Guiovanni Borja-Ramirez (DOB: 09/10/1983). Defendant stated he was on his way to meet his wife at a McDonald's restaurant in Otay Mesa, California. The CBP Officer noticed Defendant avoided eye contact during the inspection. Upon closer examination, the CBP Officer realized Defendant was an imposter to the Border Crossing Card he presented. The CBP Officer referred and escorted Defendant to Secondary Inspection.

In secondary, Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, revealing Defendant's true identity as a deported undocumented alien and citizen of Guatemala. Defendant was also linked to FBI and Immigration Service records.

Immigration Service records checks including the Deportable Alien Control System (DACS) identified Defendant as a deported alien. DACS information indicated that on or about May 30, 2007, Defendant was administratively deported and removed from the United States to Guatemala. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without benefit of counsel. Defendant admitted he is a citizen of Guatemala by birth. Defendant admitted he has never applied for or received immigration benefits that would allow him permission to legally enter, reside or remain the United States. Defendant admitted he presented a DSP-150 (Border Crossing Card) designated for the use of another person, was wrongfully obtained and used to attempt to gain admission into the United States. Defendant admitted he has been previously deported from the United States and removed to Guatemala. Defendant admitted since being deported he has not applied for or received permission from the United States government to legally re-enter the United States. Defendant admitted he intended to enter the United States to seek employment and reside in Los Angeles, California.