1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

8                        UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                         (HONORABLE RUBEN B. BROOKS)

11  UNITED STATES OF AMERICA,        )  CASE NO. 08MJ2521
                                     )
12          Plaintiff,                )
                                     )
13  v.                               )
                                     )  **NOTICE OF APPEARANCE**
14  CARLOS DAVID MARTINEZ,           )
                                     )
15          Defendant.                )
                                     )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19  attorney in the above-captioned case.

20                                          Respectfully submitted,

22  Dated: August 15, 2008              /s/ *JENNIFER L. COON*
                                        Federal Defenders of San Diego, Inc.
23                                      Attorneys for Defendant
                                        Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 15, 2008          /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Jennifer_Coon@fd.org (email)